## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **FRANCES EMMONS ROGERS** | : | |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 18-15460 (JKF)** |

### FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING FIRST AMENDED PLAN OF REORGANIZATION PROPOSED BY FRANCES EMMONS ROGERS

UPON THE filing of the First Amended Plan of Reorganization (the "Plan") Proposed by Frances Emmons Rogers, the Debtor and Debtor-in- Possession (the "Debtor") and upon this Court's Order Approving the Debtor's Disclosure Statement ("Disclosure Statement"), fixing time to file objections to the Plan and fixing time for a confirmation hearing; and the Court having held a hearing on July 17, 2019 to consider confirmation of the Plan and any objections thereto; and it further appearing that notice of such hearing and the opportunity of any party in interest to object to confirmation of the Plan was adequate and appropriate, in accordance with Rule 2002(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as to all parties to be effected by the Plan and the transactions contemplated thereby.

In accordance with Bankruptcy Rules 7052 and 9014, the Court makes the following findings of fact and conclusions of law that support confirmation of the Plan. To the extent any finding of fact contained herein shall later be determined to be a conclusion of law, it shall be so deemed and to the extent any conclusion of law contained herein shall later be determined to be a finding of fact it shall be so deemed. Terms used but not otherwise defined in this order shall have the meanings described to them in the Plan.

It is hereby ORDERED as follows:

## FINDINGS OF FACT AND CONCLUSIONS OF LAW[1]

1) This civil proceeding arises under sections 1128 and 1129 of title 11 of the United States Code, as amended and arises in cases under title 11 of the United States Code, as amended (the "Bankruptcy Code").

2) Jurisdiction over these civil proceedings is vested in the United States District Court for this District pursuant to section 1334 of title 28 of the United States Code, as amended (the "Judicial Code").

3) The Disclosure Statement, the Plan, and the Scheduling Order were served upon all interested parties in the manner required by the Scheduling Order.

4) The Plan has been proposed in good faith and not by any means forbidden by law and, viewed in the light of the totality of the circumstances surrounding the formulation, submission, distribution, and confirmation of the Plan, the Plan will fairly achieve a result consistent with the objectives and purposes of the Bankruptcy Code.

5) The Plan has been accepted by all impaired Classes of Claims and Interests that have voted. Accordingly, the Plan is being confirmed under 11 U.S.C. § 1129(a).

**CONFIRMATION**

1. The Plan meets each of the requirements of section 1129 of the Bankruptcy Code and is hereby confirmed.

2. Except as otherwise provided in the Plan or this Order, on the Effective Date all of the assets and properties of the Debtor's Estate shall vest in the Reorganized Debtor, free and clear of all Liens, Claims and encumbrances, and any and all Liens, Claims and encumbrances that have

---

[1] Many issues relevant to confirmation are mixed issues of fact and law. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. Similarly, to the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

not been expressly preserved under the Plan or this order shall be deemed extinguished as of such date. All classes of creditors which are secured and assert a lien upon real property shall only have a lien on that real property specifically identified in the creditors' respective class treatment and only for the amount so indicated.

4. The Effective Date under the Plan shall be (30) days of this Confirmation Order.

5. Except as specifically provided in the Plan, or this Order, the Debtor is authorized, directed and empowered to do all things and take all actions reasonably necessary to effectuate the consummation and implementation of the Plan, including, but not limited to, executing all documents, filing all requisite documents with appropriate state and local authorities, establishing all accounts, making all distributions and paying all costs in connection with consummating the Plan.

6. The definition of Disbursing Agent shall be defined as the Reorganized Debtor.

7. Notwithstanding anything to the contrary in this Order, the Reorganized Debtor shall continue to make all monthly payments to Wells Fargo as set forth May 16, 2019 Stipulation for Settlement. See D.N. 109.

8. The Reorganized Debtor shall make the first quarterly payment within thirty (30) days of this Order. The Reorganized Debtor shall then make all subsequent quarterly payments starting from that first payment date. In the event of a Default or failure to make a quarterly payment, Wells Fargo shall send a Notice specifying the Default to Reorganized Debtor and Reorganized Debtor's counsel (the "Notice"), allowing the Reorganized Debtor ten (10) days to cure the Default. If the Default is not cured, Wells Fargo shall file a Certification of Default with the Court and the automatic stay shall be terminated as to Wells Fargo, its principals, agents, successors and/or assigns as to the subject property upon the Court's entry of an Order granting

Certification of Default. The Reorganized Debtor's opportunity to cure shall be limited to three (3) occurrences and the fourth occurrence will result in an instant default.

9. To the extent that the Debtor has made any arrangements with priority, secured and/or administrative creditors, those arrangements shall be binding as agreed pursuant to this Order.

10. The Debtor shall file all required monthly operating reports through and including the date of confirmation of the Plan and pay any amounts due prior to confirmation of the Plan under 28 U.S.C. § 1930 within ten (10) days of entry of this order in accordance with the terms of that section. In addition, the Reorganized Debtor will continue to pay all fees due and owing subsequent to confirmation of the Plan under 28 U.S.C. § 1930 and file all quarterly reports until the case is closed.

BY THE COURT:

July 26, 2019

_____
HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE