**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frances E. Rogers    Bank: TD Bank

Bankruptcy Number: 132-18-15460    Account Number: 436-1124591

Date of Confirmation: 7/26/2019    Account Type: DIP

Reporting Period (month/year): 1st Quarter 2020

| | |
|---|---|
| Beginning Cash Balance: | $ 97.98 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0.00 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0.00 |
| Total of cash available: | 97.98 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 0.00 |
| Ending Cash Balance | $ 97.98 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/14/2020    Frances E. Rogers
Date         Name/Title

Debtor: Frances E. Rogers
Case Number: 132-18-15460


**TD Bank**
America's Most Convenient Bank®                T           STATEMENT OF ACCOUNT

FRANCES  ROGERS
DIP CASE 18-15460   EDPA
701 PANMURE  RD
HAVERFORD  PA  19041

Page:                                 1 of 2
Statement  Period:   Dec 04 2019-Jan  03 2020
Cust Ref #:          4361124591-039-T-###
Primary Account #:           436-1124591

Chapter   11  Checking
FRANCES ROGERS
DIP CASE 18-15460 EDPA                                                          Account   # 436-1124591

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 119.85 | Average Collected Balance | 104.32 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 21.87 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 97.98 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

|  | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | DEBIT CARD PAYMENT, *****30042941260, AUT 121219 VISA DDA PUR SXM SIRIUSXM COM ACCT  888 635 5144 * NY | 21.87 |
| | Subtotal: | 21.87 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/03 | 119.85 | 12/13 | 97.98 |

How to Balance Your Account

Page: 2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded
- Add any interest earned if you have an interest-bearing account
- Add any automatic deposit or overdraft line of credit
- Review all withdrawals shown on this statement and check them off in your account register
- Follow instructions 2-5 to verify your ending account balance

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance

❶ Ending Balance    97.98

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY – IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY – BILLING RIGHTS SUMMARY

In case of Errors or Questions About your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1378 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payment or credits have been subtracted plus or minus any other adjustment that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.